*Rec'd 1/16/18*

SHERIFF'S OFFICE COURTHOUSE - 455 HAMILTON ST., RM 253 ALLENTOWN PA 18101-1614
**RETURN OF SERVICE (PURSUANT TO P.A.R.C.P. 405)**

| | |
|---|---|
| Jay Griscom | CASE: 2017-NC-2669 |
| - VS - | |
| Greenbriar Marketing & Management Inc et al. | |
| County: United States District Court Eastern District- 17-5541 | |
| WRIT: Summons in Civil Action | |
| SERVE: Greenbriar Marketing & Management Inc | REC'D: 12/27/2017 |
| AT: 4440 S Cedarbrook Road | ENTRY: 12/27/2017 |
| Allentown, PA 18103 | |
| ATTY: | EXPIR: 01/10/2018 |

SERVICE ATTEMPTS DATE/TIME
ADDITIONAL INFORMATION
1.
2.
3.
4.

DEFENDANT'S PHONE NUMBER:

(SERVED) NAME OF INDIVIDUAL SERVED: Bonnie Rothrock
RELATIONSHIP TO DEFT: PERSONAL  (PERSON IN CHARGE)  OTHER
LOCATION OF SERVICE: 4440 S Cedarbrook Rd Allentown PA 18103
DATE OF SERVICE: 12/28/17     TIME OF SERVICE: 1124

NO SERVICE DATE/TIME                 REASON:
ATTY NOTIFIED   DATE/TIME:
NAME OF CONTACT:

**ACCEPTANCE OF SERVICE**
I HEREBY ACCEPT SERVICE OF THE LEGAL PROCESS AS OUTLINED ON THE FRONT OF THE DOCUMENT. THIS SERVICE IS ACCEPTED ON BEHALF OF THE LISTED DEFENDANT(S) AND I HEREBY CERTIFY THAT I AM AUTHORIZED TO DO SO.

Bonnie Rothrock                              Gary Drumbore 55
PRINTED NAME OF AUTHORIZED AGENT             PRINTED NAME OF DEPUTY SHERIFF

/s/ Bonnie Rothrock                          SO ANSWERS, /s/
SIGNATURE OF AUTHORIZED AGENT                DEPUTY SHERIFF

                            SHERIFF OF LEHIGH COUNTY /s/

Civil Action No.  17-5541

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Bonnie Rothrock__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Greenbrian Marketing__
on *(date)* __12/28/17__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Gary Drumbore  Deputy Sheriff
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

SHERIFF'S OFFICE COURTHOUSE - 455 HAMILTON ST., RM 253 ALLENTOWN PA 18101-1614
**RETURN OF SERVICE (PURSUANT TO P.A.R.C.P. 405)**

Jay Griscom
- VS -
Greenbriar Marketing & Management Inc et al.
County: United States District Court Eastern District- 17-5541

CASE: 2017-NC-2669

WRIT: Summons in Civil Action
SERVE: Lawrence Higgins
AT: 4440 S Cedarbrook Road
Allentown, PA 18103
ATTY:

REC'D: 12/27/2017
ENTRY: 12/27/2017
EXPIR: 01/10/2018

SERVICE ATTEMPTS DATE/TIME
1.
2.
3.
4.

ADDITIONAL INFORMATION

DEFENDANT'S PHONE NUMBER:

(SERVED) NAME OF INDIVIDUAL SERVED: Bonnie Rothrock
RELATIONSHIP TO DEFT: PERSONAL (PERSON IN CHARGE) OTHER
LOCATION OF SERVICE: 4440 S Cedarbrook Rd Allentown PA 18103
DATE OF SERVICE: 12/28/17  TIME OF SERVICE: 1124

NO SERVICE DATE/TIME  REASON:
ATTY NOTIFIED DATE/TIME:
NAME OF CONTACT:

**ACCEPTANCE OF SERVICE**
I HEREBY ACCEPT SERVICE OF THE LEGAL PROCESS AS OUTLINED ON THE FRONT OF THE DOCUMENT. THIS SERVICE IS ACCEPTED ON BEHALF OF THE LISTED DEFENDANT(S) AND I HEREBY CERTIFY THAT I AM AUTHORIZED TO DO SO.

Bonnie Rothrock
PRINTED NAME OF AUTHORIZED AGENT

Gary Dumbore 55
PRINTED NAME OF DEPUTY SHERIFF

SIGNATURE OF AUTHORIZED AGENT

SO ANSWERS,
DEPUTY SHERIFF

SHERIFF OF LEHIGH COUNTY

Civil Action No.   17-5541

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* # _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Bonnie Rothrock** , who is
designated by law to accept service of process on behalf of *(name of organization)* _____ ,
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____     _____
                                *Server's signature*

              **Gary Drumbore   Deputy Sheriff**
                *Printed name and title*

              _____
                    *Server's address*

Additional information regarding attempted service, etc:

# SCHAFKOPF LAW, LLC
## ATTORNEYS AT LAW

December 20, 2017

Lehigh County Sheriff's Office
Courthouse
455 Hamilton Street
Allentown, PA 18101

**Re: Jay and Juanita Griscom vs. Greenbriar Marketing & Management, Inc., and Lawrence Higgins No: 17-5411; Request for Service**

To whom it may concern:

Enclosed please find the following documents for service of a United States District Court for the Eastern District of Pennsylvania Civil Complaint, to two (2) defendants at one (1) Lehigh County address:

1) Order for Service Request for Defendant Lawrence Higgins; 4440 S. Cedarbrook Road, Allentown, PA 18103; and
2) Order for Service Request for Defendant Greenbriar Marketing & Management, Inc.; 4440 S. Cedarbrook Road, Allentown, PA 18103.
3) Two (2) copies of the Time Stamped Complaint
4) Two (2) copies Proof of Service
5) One (1) self-addressed stamped envelope for Sheriff's Return of Service.
6) One (1) check in the total amount of $63.00 ($40.00 for the first defendant and $23.00 for additional defendant) payable to Lehigh County Sheriff's Office.

If you have any questions please feel free to contact my office at 610-664-5200 Ext. 104.

Sincerely,

Gary Schafkopf, Esq.

# OFFICIAL RECEIPT

## Sheriff's Office Courthouse - 5th & Hamilton Streets
## 455 Hamilton St., Rm 253, Allentown PA 18101-1614

Payor
HOPKINS & Schafkopf LLC
11 Bala Avenue
Bala Cynwyd, PA 19004

Receipt No.
**2017-06473-ODY**

Transaction Date
12/27/2017

| Description | Amount Paid |
|---|---|
| Griscom, Jay | |
| 2017-NC-2669 | |
| Jay Griscom - VS - Greenbriar Marketing & Management Inc et al. County: United States District Court Eastern District- 17-5541 | |
| Sheriff's Service Fee - Civil | 63.00 |
| **SUBTOTAL** | **63.00** |
| Remaining Balance Due: $0.00 | |

| | |
|---|---|
| **PAYMENT TOTAL** | **63.00** |
| Check/Money Order (Ref #3424) Tendered | 63.00 |
| Total Tendered | 63.00 |
| Change | 0.00 |

12/27/2017        Cashier         Audit
02:09 PM          Station SHR3    2064826

# OFFICIAL RECEIPT