UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

JAY GRISCOM, et al.,                         :
             Plaintiffs,          :
                                  :
         v.                            :  No.  5:17-cv-5541
                                  :
GREENBRIAR MARKETING &              :
MANAGEMENT, INC., et al.,            :
             Defendants.         :
_____

**<u>DEFAULT NOTICE</u>**
10 Day Notice – Failure of Defendant to
Answer or Otherwise Respond to Plaintiffs' Complaint

TO:   All Parties

     A review of the Court's records indicates that Defendant, Lawrence Higgins, has failed to timely respond to the Complaint.[1]

     If Plaintiffs fail to take action to have a default entered against Defendant, Lawrence Higgins, pursuant to Federal Rule of Civil Procedure 55(a) within ten (10) days of the date of this Notice, the Court may enter an Order dismissing the Complaint against said Defendant for lack of prosecution.

                                          KATE BARKMAN, Clerk of Court


                                       By:/s/ Diane J. Abeles_____
                                            Diane J. Abeles, Civil Deputy Clerk
                                            The Honorable Joseph F. Leeson, Jr.
                                            Diane_J_Abeles@paed.uscourts.gov

Date of Notice:  March 16, 2018

---

[1] This Default Notice does not express any opinion on whether service was properly effected pursuant to Federal Rule of Civil Procedure 4.