UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JAY GRISCOM, et al.
                Plaintiffs,

v.                    NO. 5:17-cv-5541

GREENBRIAR MARKETING &
MANAGEMENT, INC., et al.
                Defendants.

FILED
APR 16 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## STIPULATED JUDGMENT

AND NOW this _10th_ day of _April_, 2019, it is hereby stipulated, by and between all parties, by and through their undersigned counsel, that:

1) Maryann Higgins, in her capacity as the personal representative/Executrix of the Estate of Lawrence Higgins, and the Estate of Lawrence Higgins are hereby substituted as Defendants; and

2) Judgment in the amount of $28,000.00 is hereby entered in favor of Plaintiffs and against said above-referenced Defendants, individually, jointly and/or severally.

**WEISBERG LAW**

_____
Matthew B. Weisberg, Esquire
Attorney for Plaintiff

**GREENBRIAR MARKETING &
MANAGEMENT, INC.**

By: MaryAnn Higgins, President

_____
MaryAnn Higgins, Executrix of the
Estate of Lawrence W. Higgins, Deceased

AND IT IS SO ORDERED.[1]

_____
JOSEPH F. LEESON, JR., J.
April 15, 2019

---

[1] This case is closed pursuant to Local Rule 41.1(b).